LINEHAN, Appellant, v. NELSON, Respondent. (Supreme Court, Appellate Division,

Fourth Department. February 3, 1909.) Action by Jerry Linehan against Frank J. Nelson.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING and ROBSON, JJ., dissent, upon the ground that prejudicial errors were committed in the reception of evidence and in the instruction to the jury upon the request of the counsel for the defendant, and also for the reason that on the undisputed evidence the plaintiff is entitled to recover.